AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Priorities USA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:19-cv-13341-MAG-RSW |
| Dana Nessel | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Priorities USA                                    .

Date:   11/18/2019

/s/ Marc Erik Elias
*Attorney's signature*

Marc Erik Elias  D.C. Bar No. 442007
*Printed name and bar number*

Perkins Coie LLP
700 13th St NW, Suite 600
Washington, DC 20005

*Address*

melias@perkinscoie.com
*E-mail address*

(202) 654-6200
*Telephone number*

(202) 654-6211
*FAX number*