UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRIORITIES USA,

    Plaintiff,

v

DANA NESSEL, in her official capacity as the ATTORNEY GENERAL OF THE STATE OF MICHIGAN,

    Defendant.
_____/

No. 19-13341

HON. MARK A. GOLDSMITH

MAG. R. STEVEN WHALEN

Sarah S. Prescott (P70510)
Attorney for Plaintiff
105 East Main Street
Northville, Michigan  48168
248.679.8711

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendant
P.O. Box 30736
Lansing, Michigan  48909
517.335.7659
_____/

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANT
TO RESPOND TO PLAINTIFF'S COMPLAINT**

1

The parties hereby stipulate and agree that Defendant Nessel shall have an extension of two weeks to file their first responsive pleading to December 20, 2019;

**IT IS ORDERED** that a response to the complaint will be required from Defendant Nessel on or before December 20, 2019.

SO ORDERED.

| | |
|---|---|
| Dated: December 4, 2019<br>Detroit, Michigan | s/Mark A. Goldsmith<br>MARK A. GOLDSMITH<br>United States District Judge |

The parties, through their respective counsel, stipulate to the entry of the above order.

| | |
|---|---|
| *s/Sarah S. Prescott (w/consent)*<br>Sarah S. Prescott (P70510)<br>Attorney for Plaintiff<br>105 East Main Street<br>Northville, Michigan 48168<br>248.679.8711 | Dated: December 3, 2019 |
| *s/Heather S. Meingast*<br>Heather S. Meingast (P55439)<br>Erik A. Grill (P64713)<br>Assistant Attorneys General<br>Attorneys for Defendant<br>P.O. Box 30736<br>Lansing, Michigan 48909<br>517.335.7659 | Dated: December 3, 2019 |