UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Priorities USA, <br><br>        Plaintiff, <br><br> v. <br><br> Dana Nessel, in her official capacity as Attorney General of the State of Michigan, <br><br>        Defendant. | No. 19-cv-13341 <br><br> Hon. Mark A. Goldsmith <br><br> Mag. R. Steven Whalen |

Sarah S. Prescott (P70510)
Attorney for Plaintiff
105 East Main Street
Northville, Michigan 48168
248.679.8711

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendant
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659

**STIPULATED ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S COMPLAINT**

The parties hereby stipulate and agree that Plaintiff Priorities USA shall

have an extension of two business days to respond to Defendant's motion to

dismiss, including by filing an amended complaint pursuant to Dkt. 13, to January 28, 2020.

IT IS ORDERED that a response to the complaint will be required from Plaintiff Priorities USA on or before January 28, 2020.

SO ORDERED.

| | |
|---|---|
| Dated: January 27, 2020<br>Detroit, Michigan | s/Mark A. Goldsmith<br>MARK A. GOLDSMITH<br>United States District Judge |

The parties through their respective counsel, stipulate to the entry of the above order.

| | |
|---|---|
| *s/Sarah S. Prescott*<br>Sarah S. Prescott (P70510)<br>Attorney for Plaintiff<br>105 East Main Street<br>Northville, Michigan 48168<br>248.679.8711 | Dated: January 23, 2020 |
| *s/Heather S. Meingast (with consent)*<br>Heather S. Meingast (P55439)<br>Erik A. Grill (P64713)<br>Assistant Attorneys General<br>Attorneys for Defendant<br>P.O. Box 30736<br>Lansing, Michigan 48909<br>517.335.7659 | Dated: January 23, 2020 |