UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Priorities USA, Rise, Inc., and the Detroit/Downriver Chapter of the A. Philip Randolph Institute,<br><br>      Plaintiffs,<br><br>v.<br><br>Dana Nessel, in her official capacity as Attorney General of the State of Michigan,<br><br>      Defendant. | NO. 19-13341<br><br>JUDGE STEPHANIE DAWKINS DAVIS<br><br>MAGISTRATE R. STEVEN WHALEN |

## APPEARANCE

Please enter the Appearance of Steven R. Eatherly, of Butzel Long, a professional corporation, as Counsel on behalf of Intervenors the Michigan Republican Party and the Republican National Committee.

                      Respectfully submitted,

                      BUTZEL LONG
                      *a professional corporation*

                      By: /s/ Steven R. Eatherly
                      Steven R. Eatherly (P81180)
                      150 West Jefferson Avenue, Suite 100
                      Detroit, Michigan 48226
                      313.225.7000
February 20, 2020            eatherly@butzel.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all registered ECF participants listed for this case.

    Respectfully submitted,

    BUTZEL LONG
    *a professional corporation*

    By: /s/ Steven R. Eatherly
    Steven R. Eatherly (P81180)
    150 West Jefferson Avenue, Suite 100
    Detroit, Michigan 48226
    313.225.7000
    eatherly@butzel.com