# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Priorities USA, Rise, Inc., and the Detroit/Downriver Chapter of the A. Philip Randolph Institute,<br><br>        Plaintiffs,<br><br>v.<br><br>Dana Nessel, in her official capacity as Attorney General of the State of Michigan,<br><br>        Defendant. | NO. 19-13341<br><br>JUDGE STEPHANIE DAWKINS DAVIS<br><br>MAGISTRATE JUDGE R. STEVEN WHALEN<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION** |

On May 29, 2020, the Third Circuit upheld a district court's order permanently enjoining the enforcement of a New Jersey law that restricted certain campaign contributions as violative of the fundamental speech and associational rights guaranteed by the First Amendment. *Deon v. Barasch*, 960 F.3d 152, 164 (3d Cir. 2020). A copy of the opinion is provided here as supplemental authority in support of Plaintiffs' pending motion. Dkt. 22.

| | |
|---|---|
| Dated: June 26, 2020 | Respectfully submitted, |
| Kevin J. Hamilton<br>PERKINS COIE LLP<br>1201 3rd Ave.<br>Seattle, WA 98101<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9741<br>khamilton@perkinscoie.com | By: __/s/ Marc E. Elias__<br>Marc E. Elias<br>Christopher J. Bryant<br>Courtney A. Elgart<br>PERKINS COIE LLP<br>700 Thirteenth Street, N.W., Suite 800<br>Washington, D.C. 20005-3960<br>Telephone: (202) 654-6200<br>Facsimile: (202) 654-6211<br>melias@perkinscoie.com<br>cbryant@perkinscoie.com<br>celgart@perkinscoie.com |
| Sarah S. Prescott, Bar No. 70510<br>SALVATORE PRESCOTT &<br>PORTER, PLLC<br>105 E. Main Street<br>Northville, MI 48168 | *Attorneys for Plaintiffs* |
| *Attorneys for Plaintiffs* | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2020, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

## LOCAL RULE CERTIFICATION

I, Marc Elias, certify that this document and complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts).

        Respectfully submitted,

        By:   /s/ Marc E. Elias
        Marc E. Elias
        PERKINS COIE LLP
        700 Thirteenth Street, N.W., Suite 800
        Washington, D.C. 20005-3960
        Telephone: (202) 654-6200
        Facsimile: (202) 654-6211
        melias@perkinscoie.com