UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Priorities USA, Rise, Inc., and the Detroit/Downriver Chapter of the A. Philip Randolph Institute, | NO. 19-13341 |
| Plaintiffs, | JUDGE STEPHANIE DAWKINS DAVIS |
| v. | MAGISTRATE R. STEVEN WHALEN |
| Dana Nessel, in her official capacity as Attorney General of the State of Michigan, | |
| Defendant, | |
| and | |
| Michigan Republican Party And Republican National Committee, | |
| Intervening Parties, | |
| and | |
| Michigan House of Representatives, And Michigan Senate, | |
| Intervening Parties. | |

_____/

**MICHIGAN REPUBLICAN PARTY AND REPUBLICAN NATIONAL COMMITTEE'S NOTICE OF SUPPLEMENTAL AUTHORITY TO RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR A <u>PRELIMINARY AND PERMANENT INJUNCTION</u>**

The Michigan Republican Party ("MRP") and Republican National Committee ("RNC") seek to supplement the record in anticipation of the Court deciding Plaintiffs' Motion for a Preliminary and Permanent Injunction (ECF No.

22) and the eventual trial to include citations to and references of convicted voter fraud in The Heritage Foundation's Election Fraud Database. *See* [https://www.heritage.org/voterfraud/search?combine=&state=All&year=&case_type=24487&fraud_type=24489&_ga=2.200484974.1501052555.1594637426-998248419.1594637426](https://www.heritage.org/voterfraud/search?combine=&state=All&year=&case_type=24487&fraud_type=24489&_ga=2.200484974.1501052555.1594637426-998248419.1594637426); *see generally* [https://www.heritage.org/voterfraud](https://www.heritage.org/voterfraud) (last accessed July 14, 2020). The Heritage Foundation's Election Fraud Database presents a sampling of proven instances of election fraud from across the country. This database is not an exhaustive or comprehensive list.

Respectfully submitted,

**BUTZEL LONG, PC**

By: /s/ Kurtis T. Wilder
Kurtis T. Wilder (P37017)
Steven R. Eatherly (P81180)
150 W. Jefferson, Suite 150
Detroit, Michigan 48226
(313) 225-7000
wilder@butzel.com
eatherly@butzel.com

DATED: July 14, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2020, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

By: /s/ Kurtis T. Wilder
Kurtis T. Wilder (P37017)

IDETROIT\000150960\0001\2074805.v1-7/13/20