UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRIORITIES USA, *et al.*,                                  Case No. 19-13341

      Plaintiffs                                   Stephanie Dawkins Davis
v.                                                          United States District Judge

DANA NESSEL,

      Defendant.
_____/

## ORDER REGARDING REPLY IN SUPPORT OF EMERGENCY MOTION TO STAY (ECF No. 84)

Intervenors' reply in support of the motion to stay must be filed by October 2, 2020. While Intervenors may address any issues raised in the prior briefing of the parties, they must address the issue of standing.

**IT IS SO ORDERED**.

Date: October 1, 2020                         s/Stephanie Dawkins Davis
                                              Stephanie Dawkins Davis
                                              United States District Judge

1