# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 15, 2020

Ms. Alexandra M. Walsh
Wilkinson Walsh
2001 M Street, N.W.
10th Floor
Washington, DC 20036

              Re:  Case No. 20-1931, *Priorities USA, et al v. Dana Nessel*
                    Originating Case No. : 4:19-cv-13341

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                                           Sincerely yours,

                                           s/Robin L. Johnson
                                           Case Manager
                                           Direct Dial No. 513-564-7039

cc:  Ms. Courtney Elgart
      Mr. Marc Elias
      Mr. Kevin J. Hamilton
      Ms. Sarah S. Prescott
      Mr. Patrick Gerard Seyferth
      Mr. Michael K. Steinberger
      Mr. David J. Weaver

Enclosure

Case No. 20-1931

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

### ORDER

PRIORITIES USA; RISE, INC.; DETROIT/DOWNRIVER CHAPTER OF THE A. PHILIP RANDOLPH INSTITUTE

    Plaintiffs - Appellees

v.

DANA NESSEL

    Defendant

REPUBLICAN NATIONAL COMMITTEE; MICHIGAN REPUBLICAN PARTY

    Intervenors

and

MICHIGAN SENATE; MICHIGAN HOUSE OF REPRESENTATIVES

    Intervenors - Appellants

    Upon consideration of the motion of Alexandra Walsh for Joshua A. Douglas, Rebecca Green, Pamela S. Karlan, Justin Levitt, Nicholas Stephanopoulos, and Stephen I. Vladeck to file Amicus Brief,

    It is **ORDERED** that the motion be, and hereby is, **GRANTED**.

ENTERED BY ORDER OF THE COURT
Deborah S. Hunt, Clerk

Issued: October 15, 2020