# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 11, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Flint
600 Church Street
Suite 140 Federal Building
Flint, MI 48502-0000

          Re: Case No. 20-1931/20-1940, *Priorities USA, et al v. Dana Nessel*
               Originating Case No. 4:19-cv-13341

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                      Sincerely,

                                      s/Gretchen S. Abruzzo, Case Manager for
                                      Robin Johnson, Case Manager
                                      Direct Dial No. 513-564-7039

cc: Ms. Amanda Beane
     Mr. Frank Anthony Dame
     Mr. Steven R. Eatherly
     Mr. Marc Elias
     Mr. Kevin J. Hamilton
     Ms. Jyoti Jasrasaria
     Ms. Sarah S. Prescott
     Mr. Joseph E. Richotte
     Mr. Patrick Gerard Seyferth
     Ms. Alexandra M. Walsh
     Mr. Kurtis T. Wilder
     Mr. Michael Williams

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 20-1931/20-1940

_____

Filed: August 11, 2021

PRIORITIES USA; RISE, INC.; DETROIT/DOWNRIVER CHAPTER OF THE A. PHILIP RANDOLPH INSTITUTE

    Plaintiffs - Appellees

v.

DANA NESSEL

    Defendant

REPUBLICAN NATIONAL COMMITTEE; MICHIGAN REPUBLICAN PARTY

    Intervenors

and

MICHIGAN SENATE; MICHIGAN HOUSE OF REPRESENTATIVES

    Intervenors - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 07/20/2021 the mandate for this case hereby issues today.

COSTS: None