UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRIORITIES USA, RISE, INC., DETROIT/DOWNRIVER CHAPTER OF THE A. PHILIP RANDOLPH INSTITUTE,

    Plaintiffs,

v

DANA NESSEL, in her official capacity as the ATTORNEY GENERAL OF THE STATE OF MICHIGAN,

    Defendant,

MICHIGAN SENATE, MICHIGAN HOUSE OF REPRESENTATIVES, MICHIGAN REPUBLICAN PARTY and REPUBLICAN NATIONAL COMMITTEE,

    Intervening-Defendants.
_____/

No. 19-13341

HON. STEPHANIE DAWKINS DAVIS

MAG. KIMBERLY G. ALTMAN

**DEFENDANT ATTORNEY GENERAL NESSEL'S CONCURRENCE IN THE RULE 12(c) MOTION FILED BY THE MICHIGAN HOUSE AND SENATE**

Sarah S. Prescott (P70510)
Attorney for Plaintiffs
105 East Main Street
Northville, Michigan 48168
248.679.8711

Kevin J. Hamilton
Attorney for Plaintiffs
1201 Third Ave, Suite 4900
Seattle, Washington 98101
206.359.9741

1

Mark Elias
Attorney for Plaintiffs
607 Fourteenth St, NW
Washington, DC 20005
202.628.6600

Courtney Elgart
Attorney for Plaintiffs
700 13th St, NW, Ste 800
Washington, DC 20005
202.654.6200

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendant
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659

Hideaki Sano (P61877)
Attorney for Plaintiffs
105 E. Main Street
Northville, Michigan 48167
Sano@spplawyers.com
248.679.8711

Susan McKeever (P63533)
Roger P. Meyers (P73255)
Attorneys for House & Senate
1000 Big Beaver Road, Ste 400
Troy, Michigan 48084
248.822.7800
mckeever@bsplaw.com
meyers@bsplaw.com

_____/

# DEFENDANT ATTORNEY GENERAL NESSEL'S CONCURRENCE IN THE RULE 12(c) MOTION FILED BY THE MICHIGAN HOUSE AND SENATE

Defendant Michigan Attorney General Dana Nessel joins in and concurs with the Michigan House and Senate's motion under Fed. R. Civ. Proc. 12(c), and, for the reasons stated in that motion and brief, respectfully requests that this Honorable Court enter an order dismissing all or part of the claims of the Plaintiffs' Amended Complaint.

    Respectfully submitted,

    *s/Erik A. Grill*
    Erik A. Grill (P64713)
    Heather S. Meingast (P55439)
    Assistant Attorneys General
    Attorneys for Defendant
    P.O. Box 30736
    Lansing, Michigan 48909
    517.335.7659
    Email: grille@michigan.gov
    P64713

Dated: September 24, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2021, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

    *s/Erik A. Grill*
    Erik A. Grill (P64713)
    Assistant Attorney General
    Email: grille@michigan.gov
    P64713