# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PRIORITIES USA, RISE INC., and THE DETROIT/DOWNRIVER CHAPTER OF THE A. PHILIP RANDOLPH INSTITUTE, | Case No. 19-cv-13341 |
| Plaintiffs, | HON. STEPHANIE DAWKINS DAVIS |
| v. | MAGISTRATE JUDGE KIMBERLY G. ALTMAN |
| DANA NESSEL, in her official capacity as Attorney General of the State of Michigan, | |
| Defendants | |
| and | |
| THE MICHIGAN SENATE, THE MICHIGAN HOUSE OF REPRESENTATIVES, THE MICHIGAN REPUBLICAN PARTY and THE REPUBLICAN NATIONAL COMMITTEE, | |
| Intervening-Defendants. | |

## THE MICHIGAN HOUSE OF REPRESENTATIVES AND MICHIGAN SENATE'S INITIAL WITNESS LIST

Pursuant to this Court's September 3, 2021 Case Management Order (ECF No. 110), the Michigan House of Representatives and Michigan Senate ("the Legislature") submits the following for its initial list of witnesses that it may call at trial:

1. Guy Cecil, Priorities USA.

2. Maxwell Lubin, Rise, Inc.

3. Andrea Hunter, Detroit/Downriver Chapter of the A. Philip Randolph Institute.

4. Andy Didorosi, The Detroit Bus Company.

5. Any expert witness deemed necessary during discovery (to be identified at the time set forth for expert disclosures).

6. All witnesses listed by other parties in this litigation.

7. All witnesses necessary to identify or authenticate documents.

8. All persons deposed before trial.

9. All persons identified in any party's discovery responses or in any document produced in discovery.

10. All necessary rebuttal witnesses.

11. Such persons whose identities become known during discovery.

The Legislature reserves the right to amend its Witness List up to the time of trial.

Date: October 4, 2021

Respectfully submitted,

By: /s/ Roger P. Meyers
Roger P Meyers (P73255)
Bush Seyferth PLLC
100 W. Big Beaver Rd.
Troy, MI 48084
(248) 822-7800
meyers@bsplaw.com

*Attorneys for The Michigan Legislature*

2