UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRIORITIES USA, RISE, INC., DETROIT/DOWNRIVER CHAPTER OF THE A. PHILIP RANDOLPH INSTITUTE,

    Plaintiffs,

v

DANA NESSEL, in her official capacity as the ATTORNEY GENERAL OF THE STATE OF MICHIGAN,

    Defendant.
_____/

No. 19-13341

HON. STEPHANIE DAWKINS DAVIS

MAG. KIMBERLY G. ALTMAN

**DEFENDANT ATTORNEY GENERAL DANA NESSEL'S WITNESS LIST**

| | |
|---|---|
| Sarah S. Prescott (P70510)<br>Attorney for Plaintiffs<br>105 East Main Street<br>Northville, Michigan 48168<br>248.679.8711 | Kevin J. Hamilton<br>Attorney for Plaintiffs<br>1201 Third Ave, Suite 4900<br>Seattle, Washington 98101<br>206.359.9741 |
| Heather S. Meingast (P55439)<br>Erik A. Grill (P64713)<br>Assistant Attorneys General<br>Attorneys for Defendant<br>P.O. Box 30736<br>Lansing, Michigan 48909<br>517.335.7659 | Marc E. Elias<br>Attorney for Plaintiffs<br>607 Fourteenth St, NW<br>Washington, DC 20005<br>202.628.6600<br><br>Courtney Elgart<br>Attorney for Plaintiffs<br>700 13th St, NW, Ste 800<br>Washington, DC 20005<br>202.654.6200 |

| | |
|---|---|
| Hideaki Sano (P61877) | Jonathan H. Jones (P82516) |
| Attorney for Plaintiffs | Attorney for MI Senate and MI |
| 105 E. Main Street | House of Representatives |
| Northville, Michigan 48167 | 100 W. Big Beaver Rd, Ste 400 |
| Sano@spplawyers.com | Troy, Michigan 48084 |
| 248.679.8711 | 248.822.7800 |

_____/

# DEFENDANT ATTORNEY GENERAL DANA NESSEL'S WITNESS LIST

Defendant Michigan Attorney General Dana Nessel, by her attorneys, Heather S. Meingast and Erik A. Grill, Assistant Attorneys General, submit the following as their Witness List:

1. Plaintiff Priorities USA ("Priorities") (c/o counsel for Priorities USA)

2. Plaintiff Rise, Inc. ("Rise") (c/o counsel for Rise, Inc.)

3. Plaintiff Detroit/Downriver Chapter of the A. Philip Randolph Institute ("the Institute")

4. Lori Bourbonais, Bureau of Elections, Michigan Department of State

5. Any expert witness deemed necessary during discovery (to be identified later).

6. All witnesses identified or named by other parties.

7. All witnesses necessary to identify or authenticate documents.

8. All persons deposed before trial.

9. All persons identified in any party's discovery responses, or in any document produced through discovery.

10. All necessary rebuttal witnesses.

11. Any document custodians necessary to lay foundation for introduction of any exhibit.

12. Defendant Attorney General Dana Nessel may seek to amend this list up to the time of trial to add any other witnesses who become known through further discovery.

                Respectfully submitted,

                *s/Erik A. Grill*
                Erik A. Grill (P64713)
                Heather S. Meingast (P55439)
                Assistant Attorneys General
                Attorneys for Defendant Nessel
                P.O. Box 30736
                Lansing, Michigan 48909
                517.335.7659
                Email: grille@michigan.gov
                P64713

Dated: October 4, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2021, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

                *s/Erik A. Grill*
                Erik A. Grill (P64713)
                Email: meingasth@michigan.gov
                P55439