UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Priorities USA, Rise, Inc., and the Detroit/Downriver Chapter of the A. Philip Randolph Institute,<br><br>    Plaintiffs,<br><br>v.<br><br>Dana Nessel, in her official capacity as Attorney General of the State of Michigan,<br><br>    Defendant,<br><br>and<br><br>Republican National Committee, Michigan Republican Party, Michigan House of Representatives, and Michigan Senate,<br><br>    Intervenor-Defendants. | NO. 19-13341<br><br>JUDGE STEPHANIE DAWKINS DAVIS<br><br>MAGISTRATE JUDGE KIMBERLY G. ALTMAN |

**PLAINTIFFS' WITNESS LIST**

By and through their attorneys, Plaintiffs Priorities USA, Rise, Inc., and the Detroit/Downriver Chapter of the A. Philip Randolph Institute hereby identify the following witnesses who may be called to testify in this matter:

1. Guy Cecil, Priorities USA (c/o counsel)

2. Maxwell Lubin, Rise, Inc. (c/o counsel)

3. Andrea Hunter, Detroit/Downriver Chapter of the A. Philip Randolph Institute (c/o counsel)

4. Andy Didorosi, The Detroit Bus Company

5. Any expert witness deemed necessary during discovery (to be identified at the time set for expert disclosures)

6. All witnesses identified or named by other parties

7. All witnesses necessary to identify or authenticate documents

8. All persons deposed before trial

9. All persons identified in any party's discovery responses or in any document produced through discovery

10. All necessary rebuttal witnesses

11. Any document custodians necessary to lay foundation for introduction of any exhibit

Discovery is ongoing, and Plaintiffs reserve the right to identify further witnesses as and when they are discovered. Plaintiffs reserve the right to amend their Witness List up to the time of trial.

| | |
|---|---|
| Date: October 4, 2021 | Respectfully submitted, |
| | s/ *Jyoti Jasrasaria*<br>Marc E. Elias<br>Jyoti Jasrasaria<br>Spencer W. Klein<br>ELIAS LAW GROUP<br>10 G St NE, Suite 600<br>Washington, DC 20002<br>Telephone: (202) 968-4490<br>Facsimile: (202) 968-4498<br>melias@elias.law<br>jjasrasaria@elias.law<br>sklein@elias.law<br><br>Kevin J. Hamilton<br>Amanda J. Beane<br>PERKINS COIE LLP<br>1201 3rd Ave.<br>Seattle, WA 98101<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9741<br>khamilton@perkinscoie.com<br>abeane@perkinscoie.com<br><br>Sarah S. Prescott, Bar No. 70510<br>SALVATORE PRESCOTT & PORTER, PLLC<br>105 E. Main Street<br>Northville, MI 48168<br>sprescott@spplawyers.com<br><br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of October 2021, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record in this case.

/s/*Jyoti Jasrasaria*
Jyoti Jasrasaria