UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PRIORITIES USA, RISE, INC., and DETROIT/DOWNRIVER CHAPTER OF THE A. PHILIP RANDOLPH INSTITUTE,<br><br>    Plaintiffs,<br><br>v.<br><br>DANA NESSEL,<br><br>    Defendant,<br><br>and<br><br>MICHIGAN HOUSE OF REPRESENTATIVES, MICHIGAN SENATE, MICHIGAN REPUBLICAN PARTY, and REPUBLICAN NATIONAL COMMITTEE,<br><br>    Intervenors–Defendants. | Civil No. 19-13341<br><br>HON. STEPHANIE DAWKINS DAVIS<br>MAG. KIMBERLY G. ALTMAN<br><br><br><br>**STIPULATED MOTION TO EXTEND DEADLINE** |

## STIPULATED MOTION TO EXTEND DEADLINE

The undersigned counsel for Plaintiffs, Defendants, and the Intervenor-Defendants (the "Parties") hereby stipulate to an extension of the expert deposition deadline set by the Court's November 19, 2021 Order, ECF No. 131.

As grounds for this Motion, the Parties state the following in support of modifying the existing deadlines:

1.	The Parties have been diligently pursuing discovery. The Parties have served and responded to document requests and interrogatories.

2.	Plaintiffs served an expert report by Dr. Michael Herron on December 17, 2021. Intervenor-Defendants served an expert report by Kimberly Strach on January 14, 2022.

3.	The discovery schedule sets expert depositions for January 31 through February 4, 2022, with discovery closing on February 4, 2022. Dr. Herron will be testifying in trial the week of January 31, 2022. The schedule for this trial had been uncertain until recently, particularly in light of the COVID-19 pandemic. The Parties therefore agree to hold his deposition on February 7, 2022. The Parties also agree to depose Ms. Strach on February 9, 2022.

4.	The Parties therefore request to move the deadline to complete discovery to February 10, 2022. The Parties do not request an extension of any other deadlines.

5.	As required by R12 of the Eastern District of Michigan's Electronic Filing Policies and Procedures, the Parties include a Proposed Order with this filing.

Date: January 28, 2022               Respectfully submitted,

*s/Amanda Beane*
MARC E. ELIAS
JYOTI JASRASARIA
SPENCER W. KLEIN
Elias Law Group LLP
KEVIN J. HAMILTON
AMANDA BEANE
REINA A. ALMON-GRIFFIN
Perkins Coie, LLP
SARAH PRESCOTT (P70510)
Salvatore Prescott, PLLC
Counsel for Plaintiffs

*s/Erik A. Grill*
HEATHER S. MEINGAST (P55439)
ERIK A. GRILL (P64713)
Assistant Attorneys General
Department of the Attorney General
Counsel for the Attorney General of the State of Michigan

*s/Susan M. McKeever*
PATRICK G. SEYFERTH (P47575)
SUSAN M. MCKEEVER (P73533)
Bush Seyferth, PLLC
Counsel for the House of Representatives and the Senate of the State of Michigan

*s/Kurtis T. Wilder*
KURTIS T. WILDER (P37017)
JOSEPH E. RICHOTTE (P70902)
STEVEN R. EATHERLY (P81180)
Butzel Long, P.C.
Counsel for the Michigan Republican Party and the Republican National Committee

- 4 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PRIORITIES USA, RISE, INC., and DETROIT/DOWNRIVER CHAPTER OF THE A. PHILIP RANDOLPH INSTITUTE,<br><br>     Plaintiffs,<br><br>v.<br><br>DANA NESSEL,<br><br>     Defendant,<br><br>and<br><br>MICHIGAN HOUSE OF REPRESENTATIVES, MICHIGAN SENATE, MICHIGAN REPUBLICAN PARTY, and REPUBLICAN NATIONAL COMMITTEE,<br><br>     Intervenors–Defendants. | Civil No. 19-13341<br><br>HON. STEPHANIE DAWKINS DAVIS<br>MAG. KIMBERLY G. ALTMAN |

**<u>ORDER</u>**

- 5 -

In consideration of the Parties' Stipulated Motion to Extend Deadline, the Court hereby amends its November 19, 2021 Order, ECF No. 131, and extends the expert deposition deadline through February 9, 2022.

**IT IS SO ORDERED**

DATED: February 2, 2022         s/Stephanie Dawkins Davis
                                                               Stephanie Davis Dawkins
                                                               United States District Judge