UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PRIORITIES USA, RISE, INC., and DETROIT/DOWNRIVER CHAPTER OF THE A. PHILIP RANDOLPH INSTITUTE,<br><br>    Plaintiffs,<br><br>v.<br><br>DANA NESSEL,<br><br>    Defendant,<br><br>and<br><br>MICHIGAN HOUSE OF REPRESENTATIVES, MICHIGAN SENATE, MICHIGAN REPUBLICAN PARTY, and REPUBLICAN NATIONAL COMMITTEE,<br><br>    Intervenors–Defendants. | Civil No. 19-13341<br><br>HON. STEPHANIE DAWKINS DAVIS<br>MAG. KIMBERLY G. ALTMAN |

**<u>ORDER GRANTING EXTENSION OF PAGE LIMIT</u>**

In consideration of the Parties' Stipulated Motion to Exceed the Page Limit for All Parties' Dispositive Motions, the Court hereby grants all parties to be permitted to file an overlength brief of an additional 10 pages for their respective

IDETROIT\000150960\0001\2270148.v2-3/9/22

dispositive motions.

      **IT IS SO ORDERED**

<u>s/Stephanie Dawkins Davis</u>
United States District Judge

Dated: March 9, 2022